UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HOWARD, | No. 2:18-cv-02950 KJM CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| CASA COLINA, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this action, defendant Casa Colina is located in Pomona, California, and plaintiff resides in Lavern, California, both in Los Angeles County. It is unclear where the second defendant, David Patterson, resides. The complaint has no apparent connection to the Eastern District of California. Therefore, plaintiff's claim should have been filed in the United States

1

District Court, Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court, Central District of California.

Dated: November 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/howard2950.transfer